# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: SMITH, CATHERINE | § Case No. 07-19548 |
| | § |
| | § |
| Debtor(s) | § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that <u>BRADLEY J. WALLER</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 04/29/2011 in Courtroom 644, United States Courthouse, 219 S. Dearborn
Chicago, IL 60604.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: <u>03/30/2011</u>      By: <u>/s/BRADLEY J. WALLER</u>
                                              Trustee

BRADLEY J. WALLER

2045 ABERDEEN COURT
SYCAMORE, IL 60178
(815) 748-0380

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: SMITH, CATHERINE | § | Case No. 07-19548 |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 10,006.25 |
| *and approved disbursements of* | $ | 0.00 |
| *leaving a balance on hand of* [1] | $ | 10,006.25 |
| **Balance on hand:** | $ | 10,006.25 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 10,006.25

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BRADLEY J. WALLER | 1,750.63 | 0.00 | 1,750.63 |
| Trustee, Expenses - BRADLEY J. WALLER | 85.00 | 0.00 | 85.00 |
| Charges, U.S. Bankruptcy Court | 250.00 | 0.00 | 250.00 |

Total to be paid for chapter 7 administration expenses: $ 2,085.63
Remaining balance: $ 7,920.62

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

    Total to be paid for prior chapter administrative expenses: $ 0.00
    Remaining balance: $ 7,920.62

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

    Total to be paid for priority claims: $ 0.00
    Remaining balance: $ 7,920.62

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 76,690.45 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 10.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2S | Sta Green, Inc. | 54,219.50 | 0.00 | 5,599.81 |
| 2U | Sta Green, Inc. | 3,466.90 | 0.00 | 358.06 |
| 3 | Hydrologic Water Management Inc | 17,767.70 | 0.00 | 1,835.06 |
| 4 | eCAST Settlement Corporation assignee of HSBC | 1,236.35 | 0.00 | 127.69 |

    Total to be paid for timely general unsecured claims: $ 7,920.62
    Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/BRADLEY J. WALLER
Trustee, Bradley J. Waller

BRADLEY J. WALLER

2045 ABERDEEN COURT
SYCAMORE, IL  60178
(815) 748-0380

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

**BAE SYSTEMS**

Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: rgreen                Page 1 of 1         Date Rcvd: Apr 04, 2008
Case: 07-19548                 Form ID: ntcftfc7           Total Served: 20
```

The following entities were served by first class mail on Apr 06, 2008.
```
db              +Catherine Smith,    649 Indiana Ct.,    Frankfort, IL 60423-1022
aty             +Konstantine T. Sparagis,    Law Offices of Konstantine Sparagis P C,    8 S Michigan Ave  27th Fl,
                  Chicago, IL 60603-3357
aty             +Mark D McClain,    Law Offices of Konstantine Sparagis, P.C,    8 S. Michigan Avenue,    27th Floor,
                  Chicago, IL 60603-3357
tr              +Bradley J Waller,    Klein Stoddard Buck Waller & Lewis LLC,    2045 Aberdeen Court,
                  Sycamore, IL 60178-3140
11694985        +Advocate Healthcare,    PO Box 129,    Lombard, IL 60148-0129
12084663        +Advocate South Suburban Hosp,    17800 S Kedzie Ave,    Hazel Crest, IL 60429-0989
11694988         Countrywide,    P.O. Box 650225,    Dallas, TX 75265
11720811        +Ford Motor Credit Company LLC,    P.O. Box 537901,    Livonia, MI 48153-7901
11694991         Hydrologic Water Mgmt, Inc.,    c/o Brutlag, Harmann et al,    1100 US Bank Plaza, 200 S. 6th St.,
                  Minneapolis, MN 55402
11694992        +Hydrologic Water Mgmt, Inc.,    c/o Brutlag, Hartmann etal,    3555 Plymouth, Ste. 117,
                  Minneapolis, MN 55447-1399
11694993        +R.H. Donnelley Publishing,    c/o Jack H. Rottner, Esq.,    PO Box 10417,    Chicago, IL 60610-0417
11694994        +Robert Smith,    649 Indiana Ct.,    Frankfort, IL 60423-1022
11694995        +Sheriff's Office of Cook County,    Attn: Civil Warrant Division,    50 W. Washington St., Rm. 701,
                  Chicago, IL 60602-1461
11694996        +Sta Green, Inc.,    c/o George Tagler, Esq.,    100 N. LaSalle St., Ste. 820,
                  Chicago, IL 60602-2418
11694997        +Sta Green, Inc.,    c/o James DeVries, Esq.,    9959 S. Roberts Rd.,    Palos Hills, IL 60465-1649
12084664        +Suburban Emergency Phys Group,    POB 2729,    Carol Stream, IL 60132-0001
11694998        +Viacom Outdoor, Inc.,    c/o Walinski & Trunkett, P.C.,    25 E. Washington, Ste. 1221,
                  Chicago, IL 60602-1875
```

The following entities were served by electronic transmission on Apr 05, 2008.
```
11694986        +EDI: CAPITALONE.COM Apr 04 2008 23:33:00      Capital One,    11013 W. Broad St.,
                  Glen Allen, VA 23060-5937
11694989        +EDI: FORD.COM Apr 04 2008 23:33:00      Ford Motor Credit,    P.O. Box 54200,
                  Omaha, NE 68154-8000
11694990        +EDI: HFC.COM Apr 04 2008 23:33:00      HSBC,    P.O. Box 19360,    Portland, OR 97280-0360
                                                                                                 TOTAL: 3
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11694987*       +Capital One,    11013 W. Broad St.,    Glen Allen, VA 23060-5937
                                                                                               TOTALS: 0, * 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 06, 2008                    Signature:    *[signature: Joseph Speetjens]*